USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :
KELVIN AUGUSTIN,                                        :
                                                        :
                                  Plaintiff,            :          1:25-cv-4621-GHW
                                                        :
                  -against-                             :          ORDER
                                                        :
CUBESMART TRS, INC.,                                    :
                                                        :
                                  Defendant.            :
------------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On December 11, 2025 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than December 23, 2025. Dkt. No. 21. If the parties did not consent to conducting further proceedings before the assigned Magistrate Judge, they were directed to "submit to the Court by January 5, 2026 a joint motion via ECF setting forth their views as to why their settlement is fair and should be approved." *Id.* On December 23, 2025, the parties submitted a joint letter informing the Court that they did not consent to proceeding before the assigned Magistrate Judge. Dkt. No. 22. However, the parties have not submitted a joint motion setting forth their views as to why their settlement is fair and should be approved.

If the parties instead wished to resolve the case by a stipulation that dismisses FLSA claims without prejudice, they were directed to submit such a stipulation and certification December 24, 2025. Dkt. No. 21. Or if the parties instead wished to resolve the case by an offer and acceptance of judgment pursuant to Rule 68(a), they were directed to submit the executed offer and acceptance by December 24, 2025. *Id.* None of these documents has been submitted. Accordingly, the parties are directed to comply with the Court's December 11, 2025 order forthwith, and in no event later than January 9, 2026.

SO ORDERED.

Dated: January 6, 2026
New York, New York
                                                    _____
                                                    GREGORY H. WOODS
                                                    United States District Judge