# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~~

**Abdul K. Hassan, Esq.**                                                    Tel: 718-740-1000
Email: abdul@abdulhassan.com                                     Fax: 718-740-2000
*Employment and Labor Lawyer*                                 Web: www.abdulhassan.com

**January 16, 2026**

**Via ECF**

Hon. Gregory H. Woods, USDJ
United States District Court, SDNY
500 Pearl Street, Room 2260
New York, NY 10007

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 1/19/2026 |

**MEMORANDUM ENDORSED**

<u>Re: Augustin v. CubeSmart TRS, Inc.</u>
**Case #: 25-CV-04621 (GHW)**
**Motion for Extension of Time**

Dear Judge Woods:

      My firm represents plaintiff Kelvin Augustin ("Plaintiff"), in the above-referenced action, and I respectfully write to request a brief two-week extension of the January 16, 2026 deadline for the Plaintiff to file his motion for settlement approval. This request is being made because it appears that some additional time is needed for the parties to finalize the settlement papers, including as to some issues under *Cheeks*, etc. One prior request for an extension of this deadline was made and granted – the Court also extended the deadline once.

      I thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

**Cc: Defense counsel via ECF**

Application granted.  The deadline for the parties to comply with the Court's December 11, 2025 order, Dkt. No. 21, is extended to January 30, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 26.

SO ORDERED.

Dated: January 19, 2026                    _____
New York, New York                         GREGORY H. WOODS
                                                            United States District Judge

1