# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~~

**Abdul K. Hassan, Esq.**                                    Tel: 718-740-1000
Email: abdul@abdulhassan.com                         Fax: 718-740-2000
*Employment and Labor Lawyer*                    Web: www.abdulhassan.com

**January 30, 2026**

**Via ECF**

Hon. Gregory H. Woods, USDJ
United States District Court, SDNY
500 Pearl Street, Room 2260
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2026
```

**MEMORANDUM ENDORSED**

### Re: Augustin v. CubeSmart TRS, Inc.
### Case #: 25-CV-04621 (GHW)
### Motion for Extension of Time

Dear Judge Woods:

My firm represents plaintiff Kelvin Augustin ("Plaintiff"), in the above-referenced action, and I respectfully write to request a brief two-week extension of the January 30, 2026 deadline for the Plaintiff to file his motion for settlement approval. This request is being made because it appears that some additional time is needed for the parties to finalize the settlement papers, including as to some issues under *Cheeks*, etc. Two prior requests for an extension of this deadline were made and granted – the Court also extended the deadline once. We are hopeful that no further extensions will be needed.

I thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

**Cc: Defense counsel via ECF**

Application granted.  The deadline for the parties to comply with the Court's December 11, 2025 order, Dkt. No. 21, is extended to February 13, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 28.

SO ORDERED.

Dated:  February 3, 2026
New York, New York                          GREGORY H. WOODS
                                            United States District Judge